# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED: **5/18/07**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

UNITED STATES OF AMERICA § 

§

V. §     CASE NO.  4:07cr37

§     (Judge Schell)

FILEMON GARCIA-PAREDON §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
## FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States

Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Count One of the Indictment

in the above-numbered cause.  Having conducted a proceeding in the form and manner prescribed

by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement

and the guilty plea of the Defendant.  The Court is of the opinion that the Findings of Fact and

Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United

States Magistrate Judge are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds

Defendant GUILTY on Count One of the Indictment in the above-numbered cause.

**SIGNED this the 17th day of May, 2007.**

_Richard A. Schell_

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE